IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG, | Case No. 8:05cv215 |
| Plaintiff, | |
| v. | ORDER |
| ROBERT RUDER, | |
| Defendant. | |

The Clerk's Office has requested that Document Number 15 be stricken from the record for the following reason:

- Duplicate document of number 14.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 15 from the record.

DATED this 18th day of October, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge