**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | **CASE NO. 8:05CV215** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **ROBERT RUDER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to respond to the Defendant's Motion to Dismiss (Filing No. 29). For good cause shown,

IT IS ORDERED:

1. Plaintiff's Motion for an Extension of Time (Filing No. 29) is granted; and

2. Plaintiff shall file his brief and index of evidence in opposition to the Defendant's Motion to Dismiss, if any, on or before Monday, December 5, 2005.

Dated this 22nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge