# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 8:05CV215 |
| | ) | |
| ROBERT RUDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw (#45) filed by James L. Quinlan, David J. Stubstad, Patrick S. Cooper, and the law firm of Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C. The Court has reviewed the Motion and finds that the Motion should be granted. Accordingly,

**IT IS ORDERED:**

1) The Motion to Withdraw (#45) is granted. James L. Quinlan, David J. Stubstad, Patrick S. Cooper, and the law firm of Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C. are given leave to withdraw as defense counsel.

2) Erik Syverson and the law firm of Pick & Boydston, L.L.P. shall continue to represent Defendant Robert Ruder in this matter.

**DATED March 8, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**