# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEVEN M. DENENBERG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 8:05CV215 |
| ) | |
| **ROBERT RUDER,** ) | ORDER |
| ) | |
| **Defendant.** ) | |
| ) | |

    This matter has been assigned to the magistrate judge for full pretrial supervision. Counsel have developed the unfortunate practice of sending correspondence to the court regarding an ongoing dispute as to where the defendant's deposition should or may be taken.

    The court will not consider disputes that are not of record. The parties are advised that the court will take no action whatsoever as to this particular discovery dispute absent (1) the filing of a properly supported written motion, (2) their full compliance with the Federal Rules of Civil Procedure, and (3) their full compliance with the local rules of practice as to any matter they wish to raise by written motion. Counsel are advised that NECivR 7.1 specifically governs motion practice in this district.

    Communications to the court of this nature shall cease immediately. If the parties cannot resolve their discovery disputes, they may bring the matter(s) to the court's attention by filing written motions, in full compliance with the Federal Rules of Civil Procedure and the local rules of practice, via the court's CM/ECF System.

    **IT IS SO ORDERED.**

    **DATED May 10, 2006.**

                                                  **BY THE COURT:**

                                                 **s/ F.A. Gossett**
                                                 **United States Magistrate Judge**