# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:05CV215 |
| | ) | |
| **ROBERT RUDER,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

    Plaintiff has filed a motion to strike Filing No. 69, which is plaintiff's motion to quash deposition notices. Upon the representation that the parties have agreed to reschedule the depositions in question,

    **IT IS ORDERED:**

    1. The Motion to Strike [72] is granted.

    2. Plaintiff's Motion to Quash [69] is deemed withdrawn and is hereby stricken as requested.

    **DATED June 8, 2006.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**