# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:05CV215 |
| | ) | |
| **ROBERT RUDER,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff requests an extension of time to September 25, 2006 to file a reply brief in support of his pending Motion for Sanctions [83]. For good cause shown,

**IT IS ORDERED** that the motion for extension of time [91] is granted. Plaintiff is given until and including September 25, 2006 to file a reply brief in support of his pending Motion for Sanctions [83].

**DATED September 8, 2006.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**