IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN M. DENENBERG, | ) | Case No. 8:05cv215 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT RUDER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for a settlement conference with the parties, and a settlement was reached.

**IT IS ORDERED:**

1. On or before **October 30, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for January 11, 2007, is cancelled upon the representation that this case is settled.

Dated this 28th day of September 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge