IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, M.D., | ) | CASE NO. 8:05CV215 |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| ROBERT RUDER, M.D., | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it is approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal with Prejudice (Filing No. 97) is approved, and the relief requested therein shall be granted;

2. The Amended Complaint (Filing No. 37) and all claims in this matter of any kind are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 30th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge