IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | 8:05CV215 |
| vs. | ) | |
| | ) | |
| **ROBERT RUDER,** | ) | Order |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      On December 22, 2006, a sealed transcript of the settlement conference was filed with the court pursuant to defendant's Request for Transcript [100]. The total cost of the transcript was $39.60. The defendant is due a refund of $60.40. The Clerk is ordered to refund the defendant in the amount of $60.40.

      IT IS SO ORDERED:

      Dated:   January 3, 2007.

                                       BY THE COURT:

                                       S/ F.A. Gossett
                                       United States Magistrate Judge